UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEHROUZ SHOKRI., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware corporation, <br><br> Defendant. | Case No. C16-1132RSM <br><br> ORDER GRANTING MOTION TO FILE UNDER SEAL |

THIS MATTER comes before the Court on Plaintiff's Motion to Seal. Dkt. #19. Plaintiff seeks to file under seal Exhibits J, K, and L to the Declaration of Jordan A. Taren in Support of Plaintiff's Motion to Compel Answers to Discovery and Production of Documents. *Id.* These documents were marked "Confidential" by Defendant under the parties' Protective Order.

"There is a strong presumption of public access to the court's files." Local Rule CR 5(g)(2). For nondispositive motions, "this presumption may be overcome by a showing of good cause." *Id*. The Court has reviewed the motion, along with the remainder of the record, and now finds good cause to GRANT the motion. The documents identified by Plaintiff contain forms and information that are proprietary in nature, as well as sensitive employment information for a non-party to this litigation. Given the nature of the documents, it is not feasible to redact them.

ORDER - 1

Accordingly, the Court hereby ORDERS:

1. Plaintiff's Motion to Seal (Dkt. #19) is GRANTED.

2. Exhibits J, K, and L to the Declaration of Jordan A. Taren (Dkts. ##24, #25 and #27) shall REMAIN UNDER SEAL.

DATED this 8 day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2