UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEHROUZ SHOKRI., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware corporation, <br><br> Defendant. | Case No. C16-1132RSM <br><br> ORDER GRANTING MOTION TO FILE UNDER SEAL |

THIS MATTER comes before the Court on Plaintiff's Motion to Seal. Dkt. #34. Plaintiff seeks to file under seal Exhibit C to the Declaration of Scott C.G. Blankenship in Support of Plaintiff's Motion for Extension of Time to Supplement the Record to Provide the Court Newly Discovered Evidence Related to Plaintiff's Motion to Compel. *Id.* This document was marked "Confidential" by Defendant under the parties' Protective Order.

"There is a strong presumption of public access to the court's files." Local Rule CR 5(g)(2). For nondispositive motions, "this presumption may be overcome by a showing of good cause." *Id*. The Court has reviewed the motion, along with the remainder of the record, and now finds good cause to GRANT the motion. The document identified by Plaintiff contains information that is both proprietary in nature and has sensitive employment information for a non-party to this litigation. Given the nature of the document, it is not feasible to redact it.

ORDER - 1

Accordingly, the Court hereby ORDERS:

1. Plaintiff's Motion to Seal (Dkt. #34) is GRANTED.

2. Exhibit C to the Declaration of Scott C.G. Blankenship in Support of Plaintiff's Motion for Extension of Time to Supplement the Record to Provide the Court Newly Discovered Evidence Related to Plaintiff's Motion to Compel (Dkt. #36) shall REMAIN UNDER SEAL.

DATED this 22 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2