# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BEHROUZ SHOKRI,<br><br>        Plaintiff,<br>v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | No. 2:16-cv-01132 RSM<br><br>**ORDER GRANTING STIPULATION TO HOLD DEPOSITIONS AFTER THE CLOSE OF DISCOVERY** |

THIS MATTER comes before the Court on Plaintiff Behrouz Shokri's ("Plaintiff") and Defendant The Boeing Company's ("Defendant") Stipulation to Hold Depositions After the Close of Discovery ("Stipulation"). The Court has reviewed the Stipulation, and the Court is fully informed.

**IT IS HEREBY ORDERED THAT** the Parties' Stipulation to Hold Depositions After the Close of Discovery is **GRANTED.**

DATED this 21st day of September 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATION TO HOLD DEPOSITIONS
AFTER THE CLOSE OF DISCOVERY – 1
2:16-CV-01132 RSM

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
+1.202.739.3000