UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEHROUZ SHOKRI,<br><br>           Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>           Defendant. | No. C16-1132 RSM<br><br>STIPULATION AND ORDER TO STAY PROCEEDINGS REGARDING DEFENDANT'S MOTION FOR COSTS, DKT. 147 |

Plaintiff Behrouz Shokri ("Plaintiff") and Defendant The Boeing Company ("Defendant") (together, the "Parties"), by and through their counsel of record, hereby agree and stipulate to stay proceedings related to Defendant's Motion for Costs, *Dkt*. 147, pending resolution of Plaintiff's anticipated appeal of this Court's April 25, 2018 decision granting Defendant's Motion for Summary Judgment. In support, the Parties state as follows:

1. On April 25, 2018, this Court granted Defendant's Motion for Summary Judgment.

2. On May 10, 2018, Defendant filed a Motion for Costs pursuant to F.R.Civ.P. 54(d) and Local Civil Rule ("LCR") 54(d).

3. Plaintiff intends to file an appeal of the District Court's rulings.

4. The resolution of the anticipated appeal may affect issues related to Defendant's Motion for Costs.

STIPULATION AND ORDER TO STAY PROCEEDINGS
REGARDING DEFENDANT'S MOTION FOR COSTS, DKT. 147
(Cause No. 2:16-cv-01132 RSM)
Page 1

THE BLANKENSHIP LAW FIRM, P.S.
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

5. Plaintiff agrees that if the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") affirms this Court's order granting Defendant's Motion for Summary Judgment, he will file any opposition to Defendant's Motion for Costs within seven days of the issuance of the Ninth Circuit's decision.

THEREFORE, the Parties stipulate and agree as follows:

1. All proceedings related to Defendant's Motion for Costs (*Dkt*. 147), including all responsive briefing and resolution of the motion, is stayed pending resolution of Plaintiff's anticipated appeal. If the Ninth Circuit affirms this Court's order granting Defendant's Motion for Summary Judgment, Plaintiff will file any opposition to Defendant's Motion for Costs within seven days of the issuance of the Ninth Circuit's decision.

STIPULATION AND ORDER TO STAY PROCEEDINGS
REGARDING DEFENDANT'S MOTION FOR COSTS, DKT. 147
(Cause No. 2:16-cv-01132 RSM)
Page 2

**THE BLANKENSHIP LAW FIRM, P.S.**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

STIPULATED to this 17th day of May, 2018.

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| By: *s/ Scott C. G. Blankenship* | By: *s/ Lincoln O. Bisbee* |
| Scott C. G. Blankenship, WSBA No. 21431 | Laurence A. Shapero, WSBA No. 31301 |
| Richard E. Goldsworthy, WSBA No. 40684 | Ogletree, Deakins, Nash, Smoak |
| The Blankenship Law Firm, P.S. | & Stewart, P.C. |
| 1000 Second Avenue, Suite 3250 | 800 Fifth Avenue, Suite 4100 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| Telephone: (206) 343-2700 | Tel: (206) 876-5301 |
| Facsimile: (206) 343-2704 | Fax: (206) 693-7058 |
| sblankenship@blankenshiplawfirm.com | laurence.shapero@ogletree.com |
| rgoldsworthy@blankenshiplawfirm.com | |
| | Clifford D. Sethness, WSBA No. 14110 |
| | Morgan, Lewis & Bockius LLP |
| | 300 South Grand Avenue, 22nd Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 612-2500 |
| | Facsimile: (213) 612-2501 |
| | clifford.sethness@morganlewis.com |
| | |
| | Lincoln O. Bisbee, Admitted *Pro Hac Vice* |
| | Morgan Lewis & Blockius LLP |
| | 1111 Pennsylvania Avenue, NW |
| | Washington, D.C. 20004 |
| | Telephone: (202) 739-3000 |
| | Facsimile: (202) 739-3001 |
| | lincoln.bisbee@morganlewis.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 18th day of May 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO STAY PROCEEDINGS
REGARDING DEFENDANT'S MOTION FOR COSTS, DKT. 147
(Cause No. 2:16-cv-01132 RSM)
Page 3

**THE BLANKENSHIP LAW FIRM, P.S.**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700