THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEHROUZ SHOKRI,<br><br>    Plaintiff,<br><br> v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>    Defendant. | No. 2:16-cv-01132 RSM<br><br>STIPULATION AND ORDER TO EXTEND THE STAY AND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR COSTS, DKT 147 |

  Plaintiff Behrouz Shokri ("Plaintiff") and Defendant The Boeing Company ("Defendant") (together, the "Parties"), by and through their counsel of record, hereby agree and stipulate to extend the stay of proceedings related to Defendant's Motion for Costs (*Dkt*. 147), and extend the deadline for Plaintiff to file a response to Defendant's Motion for Costs to seven days after a mandate is issued in Plaintiff's appeal. In support, the Parties state as follows:

  1. On April 25, 2018, this Court granted Defendant's Motion for Summary Judgment.

  2. On May 10, 2018, Defendant filed a Motion for Costs pursuant to F.R.Civ.P. 54(d) and Local Civil Rule ("LCR") 54(d) (*Dkt*. 147).

STIPULATION AND ORDER TO EXTEND THE STAY AND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR COSTS, DKT 147
(Cause No. 2:16-cv-01132 RSM)
Page 1

**THE BLANKENSHIP LAW FIRM, PLLC**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

3. The District Court granted the parties' stipulation and proposed order staying proceedings regarding Defendant's motion for costs on May 18, 2018 (*Dkt*. 149).

4. Plaintiff filed an appeal of the District Court's rulings on May 22, 2018 (*Dkt*. 150).

5. The Ninth Circuit filed and entered a judgment on July 2, 2019 (*Dkt*. 155).

6. Plaintiff intends to file a petition for rehearing/rehearing en banc before a mandate is issued.

THEREFORE, the Parties stipulate and agree as follows:

1. All proceedings related to Defendant's Motion for Costs (*Dkt*. 147), including all responsive briefing and resolution of the motion, is stayed pending the issuance of a mandate pursuant to Plaintiff's appeal. Plaintiff will file any opposition to Defendant's Motion for Costs within seven days of the issuance of a mandate.

STIPULATED to this 3rd day of July, 2019.

STIPULATION AND ORDER TO EXTEND THE STAY AND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR COSTS, DKT 147
(Cause No. 2:16-cv-01132 RSM)
Page 2

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| By: s/ Scott C. G. Blankenship<br>Scott C. G. Blankenship, WSBA No. 21431<br>Richard E. Goldsworthy, WSBA No. 40684<br>The Blankenship Law Firm, PLLC<br>1000 Second Avenue, Suite 3250<br>Seattle, WA 98104<br>Telephone: (206) 343-2700<br>Facsimile: (206) 343-2704<br>sblankenship@blankenshiplawfirm.com<br>rgoldsworthy@blankenshiplawfirm.com | By: s/ Matthew J. Scarbaugh<br>Lincoln O. Bisbee, Admitted *Pro Hac Vice*<br>Matthew J. Sharbaugh, Admitted *Pro Hac Vice*<br>Morgan Lewis & Blockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001<br>lincoln.bisbee@morganlewis.com<br>matthew.sharbaugh@morganlewis.com<br><br>Laurence A. Shapero, WSBA No. 31301<br>Ogletree, Deakins, Nash, Smoak<br>& Stewart, P.C.<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Telephone: (206) 876-5301<br>Facsímile: (206) 693-7058<br>laurence.shapero@ogletree.com<br><br>Clifford D. Sethness, WSBA No. 14110<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 612-2500<br>Facsímile: (213) 612-2501<br>clifford.sethness@morganlewis.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this 9 day of July 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND THE STAY AND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR COSTS, DKT 147
(Cause No. 2:16-cv-01132 RSM)
Page 3

**THE BLANKENSHIP LAW FIRM, PLLC**
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700